NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**JUSTIN GRIMSRUD,**
*Petitioner*

**v.**

**DEPARTMENT OF TRANSPORTATION,**
*Respondent*

———————————————

2017-1737

———————————————

Petition for review of the Merit Systems Protection Board in No. NY-0752-14-0340-I-1.

———————————————

**JUDGMENT**

———————————————

JOHN SILVERFIELD, Naples, FL, argued for petitioner.

DOMENIQUE GRACE KIRCHNER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent.  Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., ALLISON KIDD-MILLER.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, SCHALL, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 April 11, 2018       /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court